3 pgs.
SCOTT A. COBEN & ASSOCIATES
Scott A. CoBen - State Bar No. 155160
5221 Starkes Grade Road
Pollock Pines, CA 95726
Telephone: (530) 647-0110

Attorney for Debtors, JEREMIAH HARPER and HOLLY HARPER

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re

JEREMIAH HARPER and HOLLY
HARPER,

      Debtors and Debtors-in-Possession.

_____/

Case No. 2014-21371-A-12

Chapter 12

DCN:        SAC-017

Date:      November 24, 2014
Time:      10:00 a.m.
Place:     501 I St., Courtroom 28,
            Dept. A
            Sacramento, CA
Judge:     Hon. Michael S. McManus

**DEBTORS' MOTION TO VALUE COLLATERAL PROPERTY COMMONLY KNOWN AS 606 THIRD STREET, WHEATLAND, CALIFORNIA SECURING LIEN OF GREEN TREE SERVICING LLC**

JEREMIAH HARPER and HOLLY HARPER, debtors in the above-captioned bankruptcy

proceeding (collectively, the "Debtors" and, each individually, a "Debtor") hereby move the Court

pursuant to 11 U.S.C. § 506 and Rule 3012 of Federal Rules of Bankruptcy Procedure for an order

valuing the lien of Green Tree Servicing LLC ("Green Tree ") based on a first deed of trust on Debtors'

real property commonly known as 606 Third Street, Wheatland, California (the "Third Street

Property") at $53,500.00 and determining, for purposes of Plan confirmation, that the claim of Green

Tree based on such lien is secured only to the extent of $53,500 with the remaining balance rendered

1

1

2   unsecured.  This motion is supported by the declarations of James A. Chaussee and Jeremiah Harper,

3   the exhibits thereto, and the file and pleadings in this case.

4                              **I. FACTUAL BACKGROUND**

5          1.      On February 13, 2014 (the "Petition Date"), Debtors filed their

6   voluntary petition under Chapter 12 of the Title 11 of the United States Code (the "Bankruptcy

7   Code").

8

9          2.      Debtors hold a fee simple interest in the Third Street Property, though they

10  do not reside at such property.

11         3.      On or around April 3, 2006, Debtors obtained a loan in the principal amount

12  of $200,000 from Serria Pacific Mortgage Company, Inc.  Such loan was secured by the Third Street

13

14  Property.   A true and correct copy of the Deed of Trust (the "Deed of Trust") reflecting such security

15  interest is attached as Exhibit "A" to the Declaration of Jeremiah Harper in support of this Motion.

16         4.      On or around November 14, 2012, the Deed of Trust was assigned to

17  GMAC Mortgage, LLC.   A true and correct copy of the Assignment of Deed of Trust reflecting such

18

19  assignment is attached as Exhibit "B" to the Declaration of Jeremiah Harper in support of this Motion.

20         5.      On or around April 9, 2014, the Deed of Trust was assigned to Green Tree

21  Servicing LLC.  A true and correct copy of the Corporate Assignment of Deed of Trust reflecting such

22

23  assignment is attached as Exhibit "C" to the Declaration of Jeremiah Harper of this Motion.

24         6.      As of the Petition Date, approximately $197,114.31 of the original

25  $200,000.00 loan secured by the Third Street Property remained outstanding.

26

27

28

2

## II. ANALYSIS OF VALUE OF LIENS

7. According to the appraisal of the Third Street Property prepared by James A. Chaussee, the value of the Third Street Property as of September 26, 2014 is $53,500. See Exhibit "C" to the Declaration of James A. Chaussee in Support of this Motion.

8. As stated by the United States Supreme Court in *Associates Commercial Corp. v. Rash*, 520 U.S. 593 (1997), Section 506(a) of the Bankruptcy Code "tells us that a secured creditor's claim is to be divided into secured and unsecured portions, with the secured portion of the claim limited to the value of the collateral."

9. Since the value of the Third Street Property is $53,500, the claim of Green Tree is only secured to the extent of $53,500.00 with the balance of $143,614.31 rendered unsecured.

## III. CONCLUSION

WHEREFORE, the Debtors respectfully request that the Court enter an Order 1) determining the value of the Third Street Property to be $53,500 for purposes of Plan confirmation and 2) determining the claim of Green Tree in the amount of $197,114.31 to be bifurcated into secured and unsecured claims in the amounts of $53,500.00 and $143,614.31, respectively.

Respectfully submitted.

SCOTT A. COBEN & ASSOCIATES

Dated: October 21, 2014

/s/ Scott A. CoBen
Scott A. CoBen
Attorney for Debtors

3